PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ISMAEL HUAZO-JARDINEZ,<br><br>                Defendant. | CASE NO.  2:21-CR-37-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 20, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      This case was set for a status conference on July 20, 2023.

2.      By this stipulation, defendant now moves to continue the status conference to September 14, 2023, at 9:00 a.m., and to exclude time between July 20, 2023, and September 14, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced discovery in this matter, including the forensic download of the defendant's mobile phone, which contains a significant amount of data, as well as related FBI reports.

b)      Defense counsel will need additional time to consider the current charges in light of the discovery that has been produced.  Defense counsel will also need time to investigate and

conduct research related to the current charges, and to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between July 20, 2023, and September 14, 2023, inclusive, is deemed excludable pursuant to the Court's General Orders, and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

///

///

///

IT IS SO STIPULATED.

Dated:  July 12, 2023                           PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ JAMES R. CONOLLY
                                                JAMES R. CONOLLY
                                                Assistant United States Attorney

Dated:  July 12, 2023                           /s/ JESSE SANTANA
                                                JESSE SANTANA
                                                Counsel for Defendant
                                                ISMAEL HUAZO-JARDINEZ


                                **ORDER**

    IT IS SO FOUND AND ORDERED this 14th day of July, 2023.


                                                /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE