PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-37-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ISMAEL HUAZO-JARDINEZ, | DATE: April 18, 2023 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On January 18, 2024, the Court set this matter for a status conference on April 18, 2023.

2. By this stipulation, defendant now moves to continue the status conference to May 9, 2024, at 9:00 a.m., and to exclude time between April 18, 2023, and May 9, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery in this matter, including the forensic download of the defendant's mobile phone, which contains a significant amount of data, as well as related FBI reports. The government also anticipates issuing another proposed offer to resolve this case in the near future.

    b) Defense counsel Matthew Smith joined the case in November 2023, replacing Jesse Santana. Mr. Smith has been familiarizing himself with this case and discussing it with his

client. Defense counsel has also been investigating and conducting research related to the current charges and discussing potential resolutions with his client. Defense counsel also needs time to investigate and conduct research related to the current charges, and to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between April 18, 2023, and May 9, 2024, inclusive, is deemed excludable pursuant to the Court's General Orders, and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 16, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: April 16, 2024 | /s/ MATTHEW C. SMITH<br>MATTHEW C. SMITH<br>Counsel for Defendant<br>ISMAEL HUAZO-JARDINEZ |

**(Order on following page.)**

STIPULATION RE: SPEEDY TRIAL ACT;
ORDER

2

# ORDER

IT IS SO FOUND AND ORDERED this 16th day of April, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT;
ORDER

3