PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL HUAZO-JARDINEZ,<br><br>Defendant. | CASE NO. 2:21-CR-37-DJC<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 18, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Daniel J. Calabretta |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, Court set this matter for a status conference on July 18, 2024. By request of the parties, the status conference was converted to a change of plea hearing, on July 15, 2024.

2. By this stipulation, defendant now moves to vacate the existing change of plea hearing, to set the matter for a change of plea on September 26, 2024, at 9:00 AM, and to exclude time between July 18, 2024, and September 26, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have reached a resolution in this matter and the defendant intends to enter a change of plea on September 26, 2024, pursuant to a plea agreement. Between now and September 26, 2024, defense counsel requires additional time to prepare his client for the change of plea, including reviewing the discovery in this matter with his client.

b) The government has produced discovery in this matter, including the forensic download of the defendant's mobile phone, which contains a significant amount of data, as well as related FBI reports. The government also anticipates issuing another proposed offer to resolve this case in the near future.

c) Defense counsel Matthew Smith has familiarized himself with this case since joining it in November 2023. Since then, defense counsel has been investigating and conducting research related to the current charges and discussing potential resolutions with his client. Defense counsel needs additional time to investigate and conduct research related to the current offer, and to discuss potential resolutions with his client.

d) Between now and September 26, 2024, defense counsel has a full case load, including trials, which will take up a significant amount of time. Nevertheless, for the purposes of counsel preparation in this matter, and for the sake of continuity of counsel, defense counsel will be working between now and September 26, 2024, to finalize arrangements for his clients entry of plea.

e) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between July 18, 2024, and September 26, 2024, inclusive, is deemed excludable pursuant to the Court's General Orders, and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 17, 2024                         PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ JAMES R. CONOLLY
                                              JAMES R. CONOLLY
                                              Assistant United States Attorney

Dated:  July 17, 2024                         /s/ MATTHEW C. SMITH
                                              MATTHEW C. SMITH
                                              Counsel for Defendant
                                              ISMAEL HUAZO-JARDINEZ

### ORDER

The Court, having read the stipulation of the parties, adopts its factual findings.

Finding good cause, the Court herby orders as follows:

1. The July 18, 2024 change of plea hearing is hereby vacated;
2. The matter is set for a change of plea hearing on September 26, 2024, at 9:00 AM;
3. Between July 18, and September 26, 2024, time under the Speedy Trial Act shall be excluded under Local Code T4, based on the facts stated in the Stipulation of the Parties, above, and the Court's finding that the ends of justice served by granting the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 17th day of July, 2024.

                                              /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT;
ORDER

3